

AHC Fond du Lac Occupational Health
210 Wisconsin American Drive
Fond du Lac WI 54937-2999
Phone: 920-907-7000

**Thank you for choosing us for your health care needs. Please help us to ensure your records are accurate. Discuss any inaccuracies with the treating / prescribing physician or your Primary Care Provider.**

**Joseph Buck**　　　　　　　　　　　　　　Description: **55 year old male**
8/20/2014 1:45 PM  Worker's Comp　　　　Provider: **Stephen G Kennebeck, PA**
　　　　　　　　　　　　　　　　　　　　　Department: **Fdl Occ Health**

## Your Information

| Date Of Birth | Race | Ethnicity | Preferred Language |
|---|---|---|---|
| 9/20/1958 | White | Not of Hispanic or Latino Origin | English |

## Your To Do List

| Future Appointments: | Provider: | Department: | Dept Phone: | Center: |
|---|---|---|---|---|
| 8/25/2014 2:30 PM | Stephen G Kennebeck, PA | AHC Fond du Lac Occupational Health | 920-907-7000 | FDL |
| 8/5/2015 4:00 PM | Paul S Bernstein, MD | AHC Fond du Lac Cardiology | 920-907-7000 | FDL |

### Follow-up
Return in about 5 days (around 8/25/2014).

## Conditions Discussed Today or Order-Related Diagnoses

**Low back strain, initial encounter** - Primary

## Your Vitals Were

| BP | Pulse | Temp | Resp | Height | Weight |
|---|---|---|---|---|---|
| 110/70 | 70 | 97.7 °F (36.5 °C) (Oral) | 16 | 5' 11" | 168 lb |

| BMI | Smoking Status | | | | |
|---|---|---|---|---|---|
| 23.44 kg/m2 | Current Every Day Smoker | | | | |

## Current Medications (as reported by you and your prescribing providers):

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 MG per tablet** | 15 tablet | 0 | 8/20/2014 | |
| Sig - Route: Take 1-2 tablets by mouth every 6 hours as needed for Pain. - Oral | | | | |
| **methylPREDNIsolone (MEDROL DOSEPAK) 4 MG tablet** | 21 tablet | 0 | 8/20/2014 | |
| Sig: follow package directions | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 30 tablet | 0 | 8/20/2014 | |
| Sig - Route: Take 1 tablet by mouth 3 times daily as needed for Muscle spasms. - Oral | | | | |
| **atorvastatin (LIPITOR) 40 MG tablet** | 30 tablet | 11 | 7/30/2014 | |
| Sig - Route: Take 1 tablet by mouth daily. - Oral | | | | |

1047

## Current Medications (as reported by you and your prescribing providers): (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Eprescribe | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 30 tablet | 0 | 7/15/2014 | |
| Sig - Route: Take 1 tablet by mouth 3 times daily as needed for Muscle spasms. - Oral | | | | |
| Class: Eprescribe | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet** | 30 tablet | 0 | 7/15/2014 | |
| Sig - Route: Take 1 tablet by mouth every 8 hours as needed for Pain. - Oral | | | | |
| Class: Eprescribe | | | | |
| **aspirin 325 MG tablet** | | | | |
| Sig - Route: Take 325 mg by mouth nightly. - Oral | | | | |
| Class: Historical Med | | | | |
| **Pseudoeph-Doxylamine-DM-APAP (NYQUIL PO)** | | | | |
| Sig - Route: Take 1 tablet by mouth as needed. - Oral | | | | |
| Class: Historical Med | | | | |

### Allergies as of 8/20/2014
No Known Allergies

### Immunization History as of 8/20/2014
Tdap　　　　　　　　　　　　　　　　　　1/26/2012

### Problem List as of 8/20/2014
- Tobacco abuse disorder
- Dyslipidemia
- Family history of coronary artery disease
- Low back strain
- Coronary Artery Disease- Stent placement 2009

### Access your health record 24 hours a day/seven days a week with myAurora

Manage health care for you and your family anytime, anywhere with the new myAurora, your free online resource for quick and easy access to personal health information, scheduling appointments, refilling prescriptions, viewing test results, paying bills and more. Sign up for a free and secure account. If you're already an existing myAurora or MyAHChart user, sign on to update your account to the new myAurora. It takes less than five minutes!

www.Aurora.org/myAurora

If you have questions related to myAurora, you can email myaurora@aurora.org or call 855-624-9366 to talk to our myAurora staff. For questions related to your health, contact your physician's office. Please remember to dial 911 for medical emergencies.

1048



AHC Fond du Lac Occupational Health
210 Wisconsin American Drive
Fond du Lac WI 54937-2999
Phone: 920-907-7000

**Thank you for choosing us for your health care needs. Please help us to ensure your records are accurate. Discuss any inaccuracies with the treating / prescribing physician or your Primary Care Provider.**

**Joseph Buck**
8/25/2014 2:30 PM   Worker's Comp

Description: **55 year old male**
Provider: **Stephen G Kennebeck, PA**
Department: **Fdl Occ Health**

## Your Information

| Date Of Birth | Race | Ethnicity | Preferred Language |
|---|---|---|---|
| 9/20/1958 | White | Not of Hispanic or Latino Origin | English |

## Your To Do List

| Future Appointments: | Provider: | Department: | Dept Phone: | Center: |
|---|---|---|---|---|
| 8/26/2014 3:00 PM | Emily M Marshall, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| 9/4/2014 2:30 PM | Stephen G Kennebeck, PA | AHC Fond du Lac Occupational Health | 920-907-7000 | FDL |
| 8/5/2015 4:00 PM | Paul S Bernstein, MD | AHC Fond du Lac Cardiology | 920-907-7000 | FDL |

## Follow-up

Return in about 10 days (around 9/4/2014).

## We Ordered or Performed the Following

XR LUMBAR SPINE AP LATERAL AND OBLIQUES [IMG047 Custom]
SERVICE TO PHYSICAL THERAPY [9032 Custom]

## Conditions Discussed Today or Order-Related Diagnoses

Low back strain, subsequent encounter   - Primary

## Your Vitals Were

| BP | Pulse | Resp | Height | Weight | BMI |
|---|---|---|---|---|---|
| 124/84 | 84 | 18 | 5' 11" | 168 lb | 23.44 kg/m2 |

## Smoking Status

Current Every Day Smoker

## Current Medications (as reported by you and your prescribing providers):

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 MG per tablet** | 15 tablet | 0 | 8/20/2014 | |
| Sig - Route: Take 1-2 tablets by mouth every 6 hours as needed for Pain. - Oral | | | | |
| **atorvastatin (LIPITOR) 40 MG tablet** | 30 tablet | 11 | 7/30/2014 | |
| Sig - Route: Take 1 tablet by mouth daily. - Oral | | | | |

1045

**Current Medications (as reported by you and your prescribing providers): (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Eprescribe | | | | |
| **aspirin 325 MG tablet** | | | | |
| Sig - Route: Take 325 mg by mouth nightly. - Oral | | | | |
| Class: Historical Med | | | | |
| **Pseudoeph-Doxylamine-DM-APAP (NYQUIL PO)** | | | | |
| Sig - Route: Take 1 tablet by mouth as needed. - Oral | | | | |
| Class: Historical Med | | | | |
| **metaxalone (SKELAXIN) 800 MG tablet** | 30 tablet | 0 | 8/25/2014 | |
| Sig - Route: Take 1 tablet by mouth 3 times daily. - Oral | | | | |
| Class: Eprescribe | | | | |
| **naproxen (NAPROSYN) 500 MG tablet** | 40 tablet | 1 | 8/25/2014 | 8/25/2015 |
| Sig - Route: Take 1 tablet by mouth 2 times daily. - Oral | | | | |
| Class: Eprescribe | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet** | 30 tablet | 0 | 7/15/2014 | |
| Sig - Route: Take 1 tablet by mouth every 8 hours as needed for Pain. - Oral | | | | |
| Class: Eprescribe | | | | |

**Allergies as of 8/25/2014**
No Known Allergies

**Immunization History as of 8/25/2014**
Tdap                                    1/26/2012

**Problem List as of 8/25/2014**
- Tobacco abuse disorder
- Dyslipidemia
- Family history of coronary artery disease
- Low back strain
- Coronary Artery Disease- Stent placement 2009

**Result Summary for XR LUMBAR SPINE AP LATERAL AND OBLIQUES**
Entry Date

---

**Access your health record 24 hours a day/seven days a week with myAurora**
Manage health care for you and your family anytime, anywhere with the new myAurora, your free online resource for quick and easy access to personal health information, scheduling appointments, refilling prescriptions, viewing test results, paying bills and more. Sign up for a free and secure account. If you're already an existing myAurora or MyAHChart user, sign on to update your account to the new myAurora. It takes less than five minutes!

### www.Aurora.org/myAurora

If you have questions related to myAurora, you can email myaurora@aurora.org or call 855-624-9366 to talk to our myAurora staff. For questions related to your health, contact your physician's office. Please remember to dial 911 for medical emergencies.

1046



AHC Fond du Lac Occupational Health
210 Wisconsin American Drive
Fond du Lac WI 54937-2999
Phone: 920-907-7000

**Thank you for choosing us for your health care needs. Please help us to ensure your records are accurate. Discuss any inaccuracies with the treating / prescribing physician or your Primary Care Provider.**

**Joseph Buck**
9/4/2014 2:30 PM   Worker's Comp

Description: **55 year old male**
Provider: **Stephen G Kennebeck, PA**
Department: **Fdl Occ Health**

### Your Information

| Date Of Birth | Race | Ethnicity | Preferred Language |
|---|---|---|---|
| 9/20/1958 | White | Not of Hispanic or Latino Origin | English |

### Your To Do List

| Future Appointments: | Provider: | Department: | Dept Phone: | Center: |
|---|---|---|---|---|
| 9/9/2014 2:15 PM | Emily M Marshall, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| 9/11/2014 3:15 PM | Emily M Marshall, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| 9/16/2014 3:00 PM | Kristina M Barrett, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| 9/18/2014 3:00 PM | Kristina M Barrett, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| 9/19/2014 10:45 AM | Richard E Sturm, MD | AHC Fond du Lac Occupational Health | 920-907-7000 | FDL |
| 8/5/2015 4:00 PM | Paul S Bernstein, MD | AHC Fond du Lac Cardiology | 920-907-7000 | FDL |

### Follow-up
Return in about 2 weeks (around 9/18/2014).

### Conditions Discussed Today or Order-Related Diagnoses

**Low back strain, subsequent encounter**   - Primary

### Your Vitals Were

| BP | Pulse | Resp | Height | Weight | BMI |
|---|---|---|---|---|---|
| 112/82 | 88 | 18 | 5' 11" | 168 lb | 23.44 kg/m2 |

### Smoking Status
Current Every Day Smoker

1043

### Current Medications (as reported by you and your prescribing providers):

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **metaxalone (SKELAXIN) 800 MG tablet** | 30 tablet | 0 | 8/25/2014 | |
| Sig - Route: Take 1 tablet by mouth 3 times daily. - Oral | | | | |

**Current Medications (as reported by you and your prescribing providers): (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Eprescribe | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 MG per tablet** | 15 tablet | 0 | 8/20/2014 | |
| Sig - Route: Take 1-2 tablets by mouth every 6 hours as needed for Pain. - Oral | | | | |
| **atorvastatin (LIPITOR) 40 MG tablet** | 30 tablet | 11 | 7/30/2014 | |
| Sig - Route: Take 1 tablet by mouth daily. - Oral | | | | |
| Class: Eprescribe | | | | |
| **aspirin 325 MG tablet** | | | | |
| Sig - Route: Take 325 mg by mouth nightly. - Oral | | | | |
| Class: Historical Med | | | | |
| **Pseudoeph-Doxylamine-DM-APAP (NYQUIL PO)** | | | | |
| Sig - Route: Take 1 tablet by mouth as needed. - Oral | | | | |
| Class: Historical Med | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 30 tablet | 1 | 9/4/2014 | |
| Sig - Route: Take 1 tablet by mouth 3 times daily as needed for Muscle spasms. - Oral | | | | |
| Class: Eprescribe | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet** | 60 tablet | 2 | 9/4/2014 | 3/3/2015 |
| Sig - Route: Take 1 tablet by mouth every 6 hours as needed for Pain. - Oral | | | | |
| Class: Eprescribe | | | | |
| **naproxen (NAPROSYN) 500 MG tablet** | 40 tablet | 1 | 8/25/2014 | 8/25/2015 |
| Sig - Route: Take 1 tablet by mouth 2 times daily. - Oral | | | | |
| Class: Eprescribe | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet** | 30 tablet | 0 | 7/15/2014 | |
| Sig - Route: Take 1 tablet by mouth every 8 hours as needed for Pain. - Oral | | | | |
| Class: Eprescribe | | | | |

**Allergies as of 9/4/2014**
No Known Allergies

**Immunization History as of 9/4/2014**

| | |
|---|---|
| Tdap | 1/26/2012 |

**Problem List as of 9/4/2014**
- Tobacco abuse disorder
- Dyslipidemia
- Family history of coronary artery disease
- Low back strain
- Coronary Artery Disease- Stent placement 2009

**Access your health record 24 hours a day/seven days a week with myAurora**

Manage health care for you and your family anytime, anywhere with the new myAurora, your free online resource for quick and easy access to personal health information, scheduling appointments, refilling prescriptions, viewing test results, paying bills and more. Sign up for a free and secure account. If you're already an existing myAurora or MyAHChart user, sign on to update your account to the new myAurora. It takes less than five minutes!

www.Aurora.org/myAurora

If you have questions related to myAurora, you can email myaurora@aurora.org or call 855-624-9366 to talk to our myAurora staff. For questions related to your health, contact your physician's office. Please remember to dial 911 for medical emergencies.

1044


Aurora Health Care®

AHC Fond du Lac Occupational Health
210 WISCONSIN AMERICAN DR
Fond du Lac WI 54937-2999
Phone: 920-907-7000

**Thank you for choosing us for your health care needs. Please help us to ensure your records are accurate. Discuss any inaccuracies with the treating / prescribing physician or your Primary Care Provider.**

**Joseph Buck**
9/30/2014 2:30 PM   Worker's Comp

Description: **56 year old male**
Provider: **Stephen G Kennebeck, PA**
Department: **Fdl Occ Health**

## Your Information

| Date Of Birth | Race | Ethnicity | Preferred Language |
|---|---|---|---|
| 9/20/1958 | White | Not of Hispanic or Latino Origin | English |

## Your To Do List

| Future Appointments: | Provider: | Department: | Dept Phone: | Center: |
|---|---|---|---|---|
| **10/2/2014 3:00 PM** | Kristina M Barrett, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| **10/10/2014 3:00 PM** | Kristina M Barrett, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| **10/14/2014 1:30 PM** | Stephen G Kennebeck, PA | AHC Fond du Lac Occupational Health | 920-907-7000 | FDL |
| **8/5/2015 4:00 PM** | Paul S Bernstein, MD | AHC Fond du Lac Cardiology | 920-907-7000 | FDL |

## Follow-up
Return in about 2 weeks (around 10/14/2014).

## Conditions Discussed Today or Order-Related Diagnoses
**Low back strain, subsequent encounter**   - Primary

## Your Vitals Were

| BP | Pulse | Resp | Height | Weight | BMI |
|---|---|---|---|---|---|
| 122/74 | 72 | 18 | 5' 11" | 168 lb | 23.44 kg/m2 |

## Smoking Status
Current Every Day Smoker

## Current Medications (as reported by you and your prescribing providers):

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **piroxicam (FELDENE) 20 MG capsule** | 10 capsule | 1 | 9/19/2014 | |

  Sig - Route:  Take 1 capsule by mouth daily. Take 1 cap daily with food.  Fill RX as Work Comp - Oral
  Class:  Eprescribe

| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 30 tablet | 1 | 9/4/2014 | |

  Sig - Route:  Take 1 tablet by mouth 3 times daily as needed for Muscle spasms. - Oral
  Class:  Eprescribe

1040

**Current Medications (as reported by you and your prescribing providers): (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ibuprofen (MOTRIN) 800 MG tablet** | 60 tablet | 2 | 9/4/2014 | 3/3/2015 |
| Sig - Route: Take 1 tablet by mouth every 6 hours as needed for Pain. - Oral | | | | |
| Class: Eprescribe | | | | |
| **metaxalone (SKELAXIN) 800 MG tablet** | 30 tablet | 0 | 8/25/2014 | |
| Sig - Route: Take 1 tablet by mouth 3 times daily. - Oral | | | | |
| Class: Eprescribe | | | | |
| **naproxen (NAPROSYN) 500 MG tablet** | 40 tablet | 1 | 8/25/2014 | 8/25/2015 |
| Sig - Route: Take 1 tablet by mouth 2 times daily. - Oral | | | | |
| Class: Eprescribe | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 MG per tablet** | 15 tablet | 0 | 8/20/2014 | |
| Sig - Route: Take 1-2 tablets by mouth every 6 hours as needed for Pain. - Oral | | | | |
| **atorvastatin (LIPITOR) 40 MG tablet** | 30 tablet | 11 | 7/30/2014 | |
| Sig - Route: Take 1 tablet by mouth daily. - Oral | | | | |
| Class: Eprescribe | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet** | 30 tablet | 0 | 7/15/2014 | |
| Sig - Route: Take 1 tablet by mouth every 8 hours as needed for Pain. - Oral | | | | |
| Class: Eprescribe | | | | |
| **aspirin 325 MG tablet** | | | | |
| Sig - Route: Take 325 mg by mouth nightly. - Oral | | | | |
| Class: Historical Med | | | | |
| **Pseudoeph-Doxylamine-DM-APAP (NYQUIL PO)** | | | | |
| Sig - Route: Take 1 tablet by mouth as needed. - Oral | | | | |
| Class: Historical Med | | | | |

**Allergies as of 9/30/2014**
No Known Allergies

**Immunization History as of 9/30/2014**
Tdap　　　　　　　　　　　　　　　　1/26/2012

**Problem List as of 9/30/2014**
Tobacco abuse disorder
Dyslipidemia
Family history of coronary artery disease
Low back strain
Coronary Artery Disease- Stent placement 2009

**Access your health record 24 hours a day/seven days a week with myAurora**
Manage health care for you and your family anytime, anywhere with the new myAurora, your free online resource for quick and easy access to personal health information, scheduling appointments, refilling prescriptions, viewing test results, paying bills and more. Sign up for a free and secure account. If you're already an existing myAurora or MyAHChart user, sign on to update your account to the new myAurora. It takes less than five minutes!

www.Aurora.org/myAurora

If you have questions related to myAurora, you can email myaurora@aurora.org or call 855-624-9366 to talk to our myAurora staff. For questions related to your health, contact your physician's office. Please remember to dial 911 for medical emergencies.

1041

☐ Employer notified via phone regarding work restrictions and treatment plan.

1042

Buck, Joseph (MR # 3570530)　　　　　　　　　　　　　　　　　　　　　Encounter Date: 10/14/2014



**AHC Fond du Lac Occupational Health**
210 WISCONSIN AMERICAN DR
Fond du Lac WI 54937-2999
Phone: 920-907-7000

**Thank you for choosing us for your health care needs. Please help us to ensure your records are accurate. Discuss any inaccuracies with the treating / prescribing physician or your Primary Care Provider.**

| | |
|---|---|
| **Joseph Buck**<br>10/14/2014 1:30 PM　Worker's Comp | Description: **56 year old male**<br>Provider: **Stephen G Kennebeck, PA**<br>Department: **Fdl Occ Health** |

### Your Information

| Date Of Birth | Race | Ethnicity | Preferred Language |
|---|---|---|---|
| 9/20/1958 | White | Not of Hispanic or Latino Origin | English |

### Your To Do List

| Future Appointments: | Provider: | Department: | Dept Phone: | Center: |
|---|---|---|---|---|
| 10/20/2014 1:30 PM | Kristina M Barrett, PT | AMCO Fond du Lac Aurora Rehab Center | 920-907-7270 | MCO |
| 10/22/2014 8:30 AM | Ahmet Dervish, MD | AHC Oshkosh West Pain Management | 920-303-8700 | OSW |
| 10/24/2014 11:00 AM | Stephen G Kennebeck, PA | AHC Fond du Lac Occupational Health | 920-907-7000 | FDL |
| 8/5/2015 4:00 PM | Paul S Bernstein, MD | AHC Fond du Lac Cardiology | 920-907-7000 | FDL |

### Follow-up
Return in about 10 days (around 10/24/2014).

### We Ordered or Performed the Following
SERVICE TO PAIN MANAGEMENT [9063 Custom]

### Conditions Discussed Today or Order-Related Diagnoses
**Low back strain, subsequent encounter** - Primary

### Your Vitals Were

| BP | Pulse | Resp | Height | Weight | BMI |
|---|---|---|---|---|---|
| 130/82 | 88 | 18 | 5' 11" | 168 lb | 23.44 kg/m2 |

### Smoking Status
Current Every Day Smoker

### Current Medications (as reported by you and your prescribing providers):

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 30 tablet | 1 | 9/4/2014 | **1 0 3 8** |
| Sig - Route: Take 1 tablet by mouth 3 times daily as needed for Muscle spasms. - Oral | | | | |
| Class: Eprescribe | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet** | 60 tablet | 2 | 9/4/2014 | 3/3/2015 |

**Current Medications (as reported by you and your prescribing providers): (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet by mouth every 6 hours as needed for Pain. - Oral<br>Class: Eprescribe | | | | |
| **naproxen (NAPROSYN) 500 MG tablet** | 40 tablet | 1 | 8/25/2014 | 8/25/2015 |
| Sig - Route: Take 1 tablet by mouth 2 times daily. - Oral<br>Class: Eprescribe | | | | |
| **atorvastatin (LIPITOR) 40 MG tablet** | 30 tablet | 11 | 7/30/2014 | |
| Sig - Route: Take 1 tablet by mouth daily. - Oral<br>Class: Eprescribe | | | | |
| **ibuprofen (MOTRIN) 800 MG tablet** | 30 tablet | 0 | 7/15/2014 | |
| Sig - Route: Take 1 tablet by mouth every 8 hours as needed for Pain. - Oral<br>Class: Eprescribe | | | | |
| **aspirin 325 MG tablet** | | | | |
| Sig - Route: Take 325 mg by mouth nightly. - Oral<br>Class: Historical Med | | | | |
| **Pseudoeph-Doxylamine-DM-APAP (NYQUIL PO)** | | | | |
| Sig - Route: Take 1 tablet by mouth as needed. - Oral<br>Class: Historical Med | | | | |
| **piroxicam (FELDENE) 20 MG capsule** | 10 capsule | 1 | 9/19/2014 | |
| Sig - Route: Take 1 capsule by mouth daily. Take 1 cap daily with food. Fill RX as Work Comp - Oral<br>Class: Eprescribe | | | | |
| **metaxalone (SKELAXIN) 800 MG tablet** | 30 tablet | 0 | 8/25/2014 | |
| Sig - Route: Take 1 tablet by mouth 3 times daily. - Oral<br>Class: Eprescribe | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 MG per tablet** | 15 tablet | 0 | 8/20/2014 | |
| Sig - Route: Take 1-2 tablets by mouth every 6 hours as needed for Pain. - Oral | | | | |

**Allergies as of 10/14/2014**

No Known Allergies

**Immunization History as of 10/14/2014**

| | |
|---|---|
| Td:Adult type tetanus/diphtheria | 1/1/1997 |
| Tdap | 1/26/2012 |

**Problem List as of 10/14/2014**

- Tobacco abuse disorder
- Dyslipidemia
- Family history of coronary artery disease
- Low back strain
- Coronary Artery Disease- Stent placement 2009

**Access your health record 24 hours a day/seven days a week with myAurora**

Manage health care for you and your family anytime, anywhere with the new myAurora, your free online resource for quick and easy access to personal health information, scheduling appointments, refilling prescriptions, viewing test results, paying bills and more. Sign up for a free and secure account. If you're already an existing myAurora or MyAHChart user, sign on to update your account to the new myAurora. It takes less than five minutes!

**www.Aurora.org/myAurora**

If you have questions related to myAurora, you can email myaurora@aurora.org or call 855-624-9366 to talk to our myAurora staff. For questions related to your health, contact your physician's office. Please remember to dial 911 for medical emergencies.

1039



**WORKER INJURY RETURN TO WORK REPORT**
**AHC FOND DU LAC OCCUPATIONAL HEALTH**
**210 Wisconsin American Drive**
**Fond du Lac, WI 54937**

October 14, 2014

**EMPLOYEE INFORMATION:**
**NAME:** Joseph Buck
**DOB:** 9/20/1958
**DATE OF INJURY:** 8/20/2014

**EMPLOYER INFORMATION:**
MERCURY MARINE
920-929-5000
**WC Contact:**

**DATE OF SERVICE:** 10/14/2014.
**Provider:** Stephen Kennebeck, PA-C
**Time out:** 2:11 PM.

**DIAGNOSIS:**
1. Low back strain, subsequent encounter

**STATUS:** ☒ WORK RELATED

**DISPOSITION:**

**FOLLOW-UP VISIT(S):** 10/22/14 dr dervish @8:30am    10/24/2014 @11:00am  kennebeck
(Return sooner if condition worsens.)

**RETURN TO WORK NOW:**
☒ WITH limitations as stated below

**ACTIVITY LIMITATIONS:**
Are to be followed both at work and at home and are in effect until next clinic visit:

☒ Lifting, carrying, pushing pulling limit of 15-20 lbs
☒ Avoid the most extensive stooping, bending, stretching, twisting
☒ Alternate sitting/standing as needed

Other comments, limitations, or medications: Continue physical therapy. Referral to Pain Management.

**THANK YOU:** for the privilege of serving as your Specialty Occupational Medicine Program!
If there are any questions, please call the clinic at Dept: 920-907-7000. Employer has been called at the time of initial injury visit, and the provider's typed first report is faxed to employer shortly after that initial visit with additional medical details. Call us if any subsequent updates are needed. Signed, R. Sturm, MD, MPH, Medical Director.

**To employee:** The Aurora medical provider sets your medical activity limitations with the goal of keeping you working. Your employer will determine if and when appropriate limited work is available for you. Your employer, not the medical provider, will find you a job or else remove you from work if there is no appropriate limited duty. Discuss this with your employer. If you anticipate problems commuting to work or need time off for other reasons, discuss these concerns with your employer. **To employer:** locating appropriate limited work for some injuries may require a dynamic approach; please call our case manager nurse or medical provider if you have questions regarding specific cases.

☐ Employer notified via phone regarding work restrictions and treatment plan.

1037